IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS, et al.,<br><br>Defendants. | Case No.: 1:15-CV-7754<br><br>Lead Case: Civil Action No. 3:13-cv-1845-JLS-BLM (Southern District of California)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO NON-PARTY VAN RU CREDIT CORPORATION'S MOTION TO QUASH** |

**PLEASE TAKE NOTICE** that on the 14th day of October, 2015, at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before Presiding Magistrate Judge Geraldine Brown in Courtroom 1812 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present, *Plaintiff's Motion for Leave to File Notice of Supplemental Authority In Support of Plaintiff's Opposition to Non-Party Van Ru Credit Corporation's Motion to Quash*. A copy of the Supplemental Authority, the October 2, 2015 Order Granting Plaintiff's Motion to Enforce Subpoena in the miscellaneous matter filed in the Southern District of Texas (Civil Action No. 4:15-mc-01378), which is relevant to the Plaintiff's pending opposition to non-party Van Ru Credit Corporation's ("Van Ru") Motion to Quash Plaintiff's Subpoena, is attached hereto as **Exhibit A**. The Subpoena in which the October 2, 2015 Order refers is attached hereto as **Exhibit B**. Counsel for Van Ru has been advised of this Motion.

Dated: October 6, 2015

Respectfully submitted,

*s/ Alexis M. Wood*

1

Alexis M. Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (CA SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (CA SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (CA SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Phone: (619) 696-9006
Fax: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION (CA SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

**SALAS WANG LLC**
JEFFREY MICHAEL SALAS
155 N. Wacker Drive
Suite 4250
Chicago, IL 60606
jalas@salaswang.com
Telephone: (312) 803-4963
**(Designed as Local Counsel)**

*Attorneys for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on October 6, 2015.

                */s/ Alexis M. Wood*
                Alexis M. Wood